**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| ANTHONY M. DUNAWAY, SR., | : | |
| | : | |
| Plaintiff, | : | Case No. 3:26-cv-17 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| MONTGOMERY COUNTY BOARD OF COMMISSIONERS, *et al.*, | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| | : | |
| Defendants. | : | |

---

**ENTRY AND ORDER: ADOPTING REPORT AND RECOMMENDATION TO DENY *IN FORMA PAUPERIS* STATUS (DOC. NO. 5) AND THE SUPPLEMENTAL REPORT AND RECOMMENDATION (DOC. NO. 13); OVERRULING PLAINTIFF'S OBJECTIONS TO THE REPORT AND RECOMMENDATION TO DENY *IN FORMA PAUPERIS* STATUS (DOC. NO. 9) AND PLAINTIFF'S OBJECTIONS TO SUPPLEMENTAL REPORT AND RECOMMENDATION AND CLARIFICATION OF FINANCIAL CIRCUMSTANCES (DOC. NO. 14); AND, DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* (DOC. NO. 1) AND PLAINTIFF'S AMENDED APPLICATION TO PROCEED *IN FORMA PAUPERIS* (DOC. NO. 4)**

---

This matter comes before the Court for consideration of Magistrate Judge Caroline H. Gentry's Report and Recommendation to Deny *In Forma Pauperis* Status ("R&R") (Doc. No. 5), and Magistrate Judge Gentry's Supplemental Report and Recommendation ("Supplemental R&R") (Doc. No. 13) (together, the "Reports"). With these Reports, Magistrate Judge Gentry opines that Plaintiff Anthony M. Dunaway, Sr. ("Plaintiff") has, at best, failed to provide a coherent picture of his financial circumstances, and, at worst, has not been entirely forthcoming with his financial circumstances in seeking to proceed here *in forma pauperis*. (*See* Doc. No. 5 at PageID 31; *see also* Doc. No. 13 at PageID 93-94.) Consequently, Magistrate Judge Gentry recommends that the Court deny Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. No.

1) as well as Plaintiff's Amended Application to Proceed *In Forma Pauperis* (Doc. No. 4). (Doc. No. 5 at PageID 31; Doc. No. 13 at PageID 94-95.)

Plaintiff has submitted both Plaintiff's Objections to the Report and Recommendation to Deny In Forma Pauperis Status (Doc. No. 9) and Plaintiff's Objections to [the] Supplemental Report and Recommendation and Clarification of Financial Circumstances (Doc. No. 14) (together, the "Objections"). Pursuant to Fed. R. Civ. P. 72 and 28 U.S.C. § 636, the Court has made a *de novo* review of the record in this case, giving particular attention to those portions of the Reports to which the Objections have been made. Nevertheless, the Court finds that Plaintiff's Objections are insufficient to alleviate the defects in Plaintiff's plea for *in forma pauperis* status, as detailed in Magistrate Judge Gentry's Reports. Therefore, the Court finds Plaintiff's Objections to be not well-taken and those Objections are hereby **OVERRULLED**.

Having overruled Plaintiff's Objections, the Court is determined to **ADOPT** both the Report and Recommendation to Deny *In Forma Pauperis* Status (Doc. No. 5), and the Supplemental Report and Recommendation (Doc. No. 13) to the same effect. Accordingly, Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. No. 1) and Plaintiff's Amended Application to Proceed *In Forma Pauperis* (Doc. No. 4) are hereby **DENIED**. Plaintiff is **ORDERED** to pay the Court's full filing fee in the amount of $405 no later than Monday, December 7, 2026. Plaintiff is **ADVISED** that failure to pay the Court's filing fee may result in his case being dismissed for failure to prosecute.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, November 5, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE